BTXN 177 (rev. 09/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Karen Ann Leonard<br><br>Debtor(s) | §<br>§<br>§<br>§ | Case No.:  18−31658−sgj7<br>Chapter No.:  7 |

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor did not file Official Form 423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.
- ☐ Debtor has not certified that all domestic support obligations due have been paid.
- ☐ Debtor has not filed required certification and motion for entry of Chapter 13 Discharge.
- ☐ Debtor's certification and motion for chapter 13 discharge has been denied.
- ☐ Other:

DATED:  8/16/18

FOR THE COURT:
Jed G. Weintraub, Clerk of Court

by: /s/P. Bibbs−Samuels, Deputy Clerk

United States Bankruptcy Court
Northern District of Texas

In re:                                                                  Case No. 18-31658-sgj
Karen Ann Leonard                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0539-3            User: pbibbs              Page 1 of 1             Date Rcvd: Aug 16, 2018
                                Form ID: BTXN177         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.
db          +Karen Ann Leonard,    4221 Rosehill Rd. Apt. No 1,    Garland, TX 75043-8305
18131398    +Baylor Medical Center,    P.O. Box 830808,    Richardson, TX 75083-0808
18131397    +Century Integrated Partners,    P.O. Box 2168,    Edmond, OK 73083-2168
18131402    +Clay Cooley,   1500 W. Interstate 20,    Arlington, TX 76017-5838
18131403    +Progressive Leasing,    256 West Data Drive,    Salt Lake City, UT 84143-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18162882     E-mail/Text: bankruptcy@bbandt.com Aug 16 2018 22:38:49      BB&T,   PO Box 1847,
             Wilson NC 27894
18131399    +E-mail/Text: bankruptcy@bbandt.com Aug 16 2018 22:38:50      Branch Bankers and Trust,
             P.O. Box 819,   Wilson, NC 27894-0819
18131396     E-mail/Text: bankruptcy@ntta.org Aug 16 2018 22:39:34      North Texas Tollway,
             P.O. Box 660244,   Dallas, TX 75266-0244
18131400    +E-mail/Text: bankruptcy@speedyinc.com Aug 16 2018 22:38:48      Speedy Cash,   P.O. Box 101928,
             Birmingham, AL 35210-6928
18131401    +E-mail/Text: DL-CSGBankruptcy@charter.com Aug 16 2018 22:39:16      Time Warner Cable,
             4200 International Pkwy,   Carollton, TX 75007-1912
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:
              James W. Cunningham    ECF.JCTrustee@att.net,    jcunningham@ecf.epiqsystems.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov
                                                                                              TOTAL: 2